In the Matter of LUIS A. FIGUEROA-ROLON, SR., Respondent, v VERONICA TORRES, Appellant.

Submitted December 1, 2014; decided January 13, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.